

United States District Court
Southern District of Texas
FILED

JUN 29 1999

Michael N. Milby, Clerk of Court

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO PENA, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-96-167 |
| VS. | § | |
| | § | CRIMINAL NO. B-91-115 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 15, 1999, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 29th day of June 1999.

Filemon B. Vela
United States District Judge